CENTRAL UNION TRUST COMPANY OF NEW YORK, as Trustee of the First

---

* See Code of Ordinances of City of New York, chap. 20, § 225.— [REP.

Refunding Gold Mortgage of BROOKLYN RAPID TRANSIT COMPANY, etc., Respondent, v. AMERICAN RAILWAY TRAFFIC COMPANY and Others, Appellants.— Motion granted, without costs.    Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.